AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Peter J. Harding<br>D.O.B: ▮▮▮▮<br>*Defendant(s)* | Case: 1:21-mj-00033<br>Assigned to: Judge Meriweather, Robin. M<br>Assign Date: 1/11/2021<br>Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1752 (a)(1) and (2) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority |
| 40 U.S.C. 5104(e)(2)(C) | Violent Entry and Disorderly Conduct on Capitol Grounds |

This criminal complaint is based on these facts:

See attached statement of facts.

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Jamie Stranahan
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: 01/11/2021

Robin M. Meriweather
2021.01.11 19:22:55 -05'00'
*Judge's signature*

City and state: Washington, DC

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*