AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Peter J. Harding

Defendant

) Case No.
)
)
)
)
)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Peter J. Harding
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)(1) and (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority

40 U.S.C. 5104(e)(2)(C) - Violent Entry and Disorderly Conduct on Capitol Grounds

Date: 01/11/2021

Robin M. Meriweather
2021.01.11 19:21:43
-05'00'
*Issuing officer's signature*

City and state: Washington, DC

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* January 11, 2021, and the person was arrested on *(date)* January 13, 2021 at *(city and state)* ELMA, NEW YORK. |
| Date: 1/14/21 |
| *Arresting officer's signature* |
| CHRISTOPHER BUSCAGLIA, SPECIAL AGENT |
| *Printed name and title* |