# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | Cr. No. 21-mj-33 |
| : | |
| **PETER J. HARDING,** : | |
| : | |
| **Defendant.** : | |

## JOINT MOTION TO CONTINUE ASCERTAINMENT OF COUNSEL AND STATUS HEARING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files this joint motion to continue the ascertainment of counsel and status hearing scheduled for March 4, 2021 to March 31, 2021. In support of this motion, the government and Defendant Peter Harding state as follows:

1. On January 11, 2021, the Court issued an Arrest Warrant based on a Criminal Complaint and its supporting Statement of Facts charging Mr. Harding with 18 U.S.C. § 1752(a)(1) and (2) (Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority) and 40 U.S.C. § 5104(e)(2)(C) (Violent Entry and Disorderly Conduct on Capitol Grounds).

2. On January 13, 2021, the defendant was arrested pursuant to the Arrest Warrant and had an initial appearance in the U.S. District Court for the Western District of New York on January 14, 2021.

3. On January 19, 2021, the defendant had an initial appearance in the U.S. District Court for the District of Columbia.

4.  On February 2, 2021, the parties appeared for an ascertainment of counsel and status hearing. At that hearing, a further ascertainment of counsel and status hearing was set for March 4, 2021.

5.  Defense counsel has represented that additional time is necessary for Mr. Harding's retained counsel to be admitted to this jurisdiction *pro hac vice*.

6.  The parties therefore jointly request that the March 4, 2021 hearing be continued to March 31, 2021 to allow Mr. Harding's retained counsel additional time to seek to be admitted to this jurisdiction *pro hac vice*.

7.  Counsel for the defendant has authorized the government to represent that the defendant does not oppose the exclusion of time until the next hearing for purposes of the Speedy Trial Act because the ends of justice served by a continuance based on the facts stated above outweigh the interest of the public and the defendant in a speedy trial.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY
D.C. Bar No. 415793

By: __/s/ *Stuart Allen*__
STUART D. ALLEN
D.C. Bar No. 1005102; N.Y. Bar No. 4839932
Assistant United States Attorney
National Security Section
555 Fourth Street, N.W., Eleventh Floor
Washington, D.C. 20530
(202) 252-7794
stuart.allen@usdoj.gov

Dated: March 4, 2021