AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA <br> *Plaintiff* <br> v. <br> PETER HARDING <br> *Defendant* | Case No. 1:21-MJ-00033-RMM |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DEFENDANT PETER HARDING

Date: 03/12/2021

*Attorney's signature*

JASON R. DIPASQUALE, ESQ.: NYS BAR # 4549911
*Printed name and bar number*
43 COURT STREET SUITE 800 BUFFALO NY 14202

*Address*

JDIPASQUAL@GMAIL.COM
*E-mail address*

(716) 855-2000
*Telephone number*

(716) 855-2003
*FAX number*