IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　v.<br><br>PETER J. HARDING,<br><br>　　Defendant. | CR NO. 21-MJ-33 |

**JOINT MOTION TO ADJOURN STATUS CONFERENCE**

The United States, through undersigned counsel, hereby files this motion to adjourn the status conference set for Monday, August 9, 2021, in the above-captioned matter, for a period of approximately 60 days, until Tuesday, October 12, 2021. Defense counsel concurs in this motion. In support of this motion, the government and counsel for defendant Peter Harding state as follows:

　　1.　　A protective order governing discovery materials was entered in this case on June 3, 2021. Discovery has been provided to the defendant, which the defendant has been reviewing. The government is diligently working on providing additional discovery to defendant pursuant to its discovery obligations.

　　2.　　The parties are interested in continuing to pursue discussions regarding a possible resolution of this matter.

　　3.　　The parties therefore jointly request that the August 9, 2021, date be adjourned for approximately 60 days, until Tuesday, October 12, 2021, while the parties continue to review and produce discovery and discuss resolution of this matter.

　　4.　　Counsel for the defendant has authorized the government to represent that the defendant does not oppose the exclusion of time until the next hearing for purposes of the

Speedy Trial Act because the ends of justice served by a continuance based on the facts stated above outweigh the interests of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A).

                                      Respectfully submitted,

                                      CHANNING D. PHILLIPS
                                      ACTING UNITED STATES ATTORNEY
                                      D.C. Bar No. 415793

Date: July 26, 2021                       By:   */s/ Jennifer Leigh Blackwell*
                                                Jennifer Leigh Blackwell
                                                Assistant United States Attorney
                                                D.C. Bar No. 481097
                                                United States Attorney's Office
                                                555 Fourth Street, N.W.
                                                Washington, D.C.  20530
                                                Telephone: (202) 803-1590
                                                Email: Jennifer.blackwell3@usdoj.gov

CERTIFICATE OF SERVICE

      On this 26th day of July, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

           /s/ *Jennifer L. Blackwell*
Jennifer Leigh Blackwell
Assistant United States Attorney
Jennifer Leigh Blackwell
Assistant United States Attorney
D.C. Bar No. 481097
555 4th Street, N.W.
Washington, D.C. 20530
Phone: (202) 803-1590
Jennifer.blackwell3@usdoj.gov