IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**  <br><br> v.  <br><br> **PETER HARDING,**  <br><br>   Defendant. | **CR NO. 21-MJ-00033** |

### CONSENT MOTION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

The United States, through undersigned counsel, hereby files this motion to adjourn the status conference set for Tuesday, October 12, 2021, in the above-captioned matter, for approximately 60 days, until Tuesday, December 14, 2021. Defense counsel concurs in this motion.

The parties request that the Court exclude the time until the status conference on Tuesday, October 12, 2021, pursuant to Chief Judge Howell's Standing Order 21-47 dated August 25, 2021, and 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A).

        Respectfully submitted,

        CHANNING D. PHILLIPS
        ACTING UNITED STATES ATTORNEY
        D.C. Bar No. 415793

Date: October 5, 2021        By:   */s/ Jennifer Leigh Blackwell*
        Jennifer Leigh Blackwell
        Assistant United States Attorney
        D.C. Bar No. 481097
        United States Attorney's Office
        555 Fourth Street, N.W.
        Washington, D.C.  20530
        Telephone: (202) 803-1590
        Email: Jennifer.blackwell3@usdoj.gov

CERTIFICATE OF SERVICE

On this 5th day of October, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

                                            */s/  Jennifer L. Blackwell*
Jennifer Leigh Blackwell
Assistant United States Attorney
Jennifer Leigh Blackwell
Assistant United States Attorney
D.C. Bar No. 481097
555 4th Street, N.W.
Washington, D.C.  20530
Phone: (202) 803-1590
Jennifer.blackwell3@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**PETER HARDING,**<br><br>    Defendant. | CR NO. 21-MJ-00033 |

# ORDER

Based upon the representations in the Consent Motion to Continue Status Conference and Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the Consent Motion to Continue Status Conference is hereby GRANTED; it is further

**ORDERED** that the status hearing currently scheduled for October 12, 2021, be continued to December 14, 2021, at 1 p.m.; it is further

**ORDERED** that the time between October 12, 2021, and December 14, 2021, shall be excluded from calculation under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendant in a speedy trial.

_____
THE HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE