IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**PETER HARDING,**<br><br>    Defendant. | CR NO. 21-MJ-00033 |

### CONSENT MOTION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

The United States, through undersigned counsel, hereby files this motion to adjourn the status conference set for Tuesday, February 8, 2022, in the above-captioned matter, for approximately 60 days, until Tuesday, April 12, 2022. Defense counsel concurs in this motion. The parties request the additional time to engage in plea negotiations and review pre-discovery productions.

The parties request that the Court exclude the time from February 8, 2022, until the next status conference, pursuant to Chief Judge Howell's Standing Order 22-04 dated January 20, 2022, and 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A).

                                                                  Respectfully submitted,

                                                                  MATTHEW M. GRAVES
                                                                  UNITED STATES ATTORNEY
                                                                  D.C. Bar No. 481052

Date: January 31, 2022                    By:  */s/ Jennifer Leigh Blackwell*
                                                                 Jennifer Leigh Blackwell
                                                                  Assistant United States Attorney
                                                                  D.C. Bar No. 481097
                                                                  United States Attorney's Office
                                                                  555 Fourth Street, N.W.
                                                                  Washington, D.C.  20530
                                                                  Telephone: (202) 803-1590
                                                                  Email: Jennifer.blackwell3@usdoj.gov

CERTIFICATE OF SERVICE

      On this 31st day of January, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

                                              /s/ *Jennifer L. Blackwell*
                               Jennifer Leigh Blackwell
                               Assistant United States Attorney
                               Jennifer Leigh Blackwell
                               Assistant United States Attorney
                               D.C. Bar No. 481097
                               555 4th Street, N.W.
                               Washington, D.C.  20530
                               Phone: (202) 803-1590
                               Jennifer.blackwell3@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **PETER HARDING,** <br><br> Defendant. | **CR NO. 21-MJ-00033** |

## ORDER

Based upon the representations in the Consent Motion to Continue Status Conference and Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the Consent Motion to Continue Status Conference is hereby GRANTED; it is further

**ORDERED** that the status hearing currently scheduled for February 8, 2022, be continued to April 12, 2022, at 1 p.m.; it is further

**ORDERED** that the time between February 8, 2022, and April 12, 2022, shall be excluded from calculation under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendant in a speedy trial.

_____
THE HONORABLE ROBIN B. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE