UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | Case No. 21-MJ-00033 |
| : | |
| PETER HARDING, : | |
| : | |
| Defendant.   : | |

## ORDER

Based upon the representations in the Consent Motion to Continue and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the currently scheduled status hearing on Tuesday, October 11, be continued for good cause to Tuesday, December 13, at 1 p.m.; and it is further

**ORDERED** that the time between Tuesday, October 11, 2022, and Tuesday, December 13, 2022, shall be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A).

The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to continue negotiating a potential pretrial resolution.

_____
THE HONORABLE ZIA FARUQUI
UNITED STATES MAGISTRATE JUDGE