# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 21-mj-33 |
| v. : | |
| : | |
| PETER HARDING, : | |
| : | |
| Defendant. : | |

## NOTICE OF WITHDRAWAL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court and counsel that Assistant United States Attorney Stuart Allen, as counsel for the United States, is terminating his appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar Number 481052

By: /s/ Stuart Allen
Stuart D. Allen
D.C. Bar No. 1005102; N.Y. Bar No. 4839932
Assistant United States Attorney
National Security Section
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-7794
stuart.allen@usdoj.gov

Dated: March 9, 2023