IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>   v.<br><br>**PETER J. HARDING,**<br><br>   Defendant. | **CR NO. 21-MJ-33** |

### NOTICE OF APPEARANCE

NOW COMES the United States of America, through undersigned counsel, and gives notice that Raymond K. Woo, Assistant U.S. Attorney, hereby enters his appearance on behalf of the United States.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

Date: March 9, 2023        By:   */s/ Raymond K. Woo*
                                       Raymond K. Woo
                                       Assistant United States Attorney
                                       AZ Bar No. 023050
                                       United States Attorney's Office
                                       601 D Street, N.W.
                                       Washington, D.C. 20530
                                       Telephone: (602) 514-7736
                                       Email: raymond.woo@usdoj.gov

CERTIFICATE OF SERVICE

On this 9th day of March, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

Date: March 9, 2023                By:  /s/ Raymond K. Woo
                                   Raymond K. Woo
                                   Assistant United States Attorney
                                   AZ Bar No. 023050
                                   United States Attorney's Office
                                   601 D Street, N.W.
                                   Washington, D.C.  20530
                                   Telephone: (602) 514-7736
                                   Email: raymond.woo@usdoj.gov