UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> PETER HARDING, ) <br> ) <br> Defendant. ) <br> ) | Case No. 21-mj-33 |

**ORDER**

Upon consideration of Defendant's motion for leave to file document under seal (ECF No. 40), which requests leave to file a motion seeking withdrawal of the appearance of Defendant's counsel Jason DiPasquale, it is hereby

**ORDERED** that the motion is **GRANTED** to the extent that it seeks to file the motion to withdraw under seal. It is further

**ORDERED** that the motion to withdraw is deemed filed. It is further

**ORDERED** that, based on the representations in the motion to withdraw, the motion to withdraw Mr. DiPasquale's appearance as counsel for Defendant is **GRANTED**. It is further

**ORDERED** that an ascertainment of counsel hearing is set for March 16, 2023, at 1:00 p.m., to be held remotely before Judge Faruqui. Requests to continue that hearing should be made by a motion that complies with Local Criminal Rule 47 and includes any representations regarding tolling of deadlines under the Speedy Trial Act.

**SO ORDERED**.

Date: March 9, 2023

G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE