UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v. 21-MJ-33 Mag. Faruqui

PETER HARDING

CONSENT MOTION TO VACATE AND RESCHEDULE HEARING

Heather Shaner has just been appointed to represent Mr. Harding. She is not available on March 16, 2023 to enter her appearance.

Counsel requests this matter be scheduled for Tuesday, March 21, 2023 at 1:00 for ascertainment of counsel.

The Government states it is filing an Information so the March 21, 2023 may be vacated.

Respectfully submitted,
_____/s/_____
H. Heather Shaner DC Bar #273276
Appointed by the Court for Peter Harding
1702 S Street N.W.
Washington, D.C. 20009