# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No.  21-mj-33 |
| | : | |
| **PETER HARDING,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Based upon the representations in the Consent Motion to Vacate and Reschedule Hearing, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the currently scheduled status/ascertainment of counsel hearing on Thursday, March 16 be continued for good cause to Tuesday, March 21 at 1 p.m.; and it is further

**ORDERED** that the time between March 16 and March 21 at p.m. shall be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide

_____
THE HONORABLE ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE